FRANCIS J. LANTRY, as Fire Commissioner of the City of New York, Appellant, *v.* ALBERT MEDE, Respondent.

*Lantry* v. *Mede,* 127 App. Div. 557, affirmed.
(Argued January 5, 1909; decided January 19, 1909.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 8, 1908, which reversed an order of the Appellate Term reversing a judgment in favor of defendant and granting a new trial, and directed a dismissal of the complaint in an action to recover a penalty under section 670 of the charter of the city of New York (L. 1901, ch. 466) for failure to obey an order of the plaintiff as fire commissioner.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly, Herman Stiefel* and *William J. Millard* of counsel) for appellant.

*Ira J. Ettinger* for respondent.

Judgment affirmed, with costs, on opinion of INGRAHAM, J., below.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.